CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 5 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **NICKOLAUS LAIN BROWN,** | ) | CASE NO. 7:12CV00185 |
| | ) | |
| Petitioner, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| **DIRECTOR, DEPARTMENT** | ) | |
| **OF CORRECTIONS,** | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss (ECF No. 12) is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, as amended, is **DISMISSED**; petitioner's separate "Motion for Belated Appeal" (ECF No. 22) is **DENIED**; and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 15th day of January, 2013.

/s/ James C. Turk
Senior United States District Judge